# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEITH ANDRE TATE

NO. 2020 KW 1091

**DECEMBER 30, 2020**

---

In Re:    Keith Andre Tate, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-17-0602.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

   **WRIT DENIED.**   The delay in ruling on the pro se pretrial motions at issue in this writ application is due to the closing of the Nineteenth Judicial District Court due to the Covid-19 Pandemic.    The district court record shows that the court is proceeding towards disposition of the pretrial motions.

                          **JMG**
                          **PMc**
                          **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT